## Peter Kedas, Appellee, v. Luis G. Flores, Appellant.

### Gen. No. 44,919.

Joseph J. Lewisburg, for appellant; Newberger & Van Emden, for appellee; Jacob Van Emden, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed April 4, 1950; released for publication April 21, 1950.